IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No.   05-4197-JPG |
| | ) | |
| GARY L. GREEN, DEBRA S. GREEN, | ) | |
| and ANNAPOLIS GRAIN COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER PLACING MORTGAGEE IN POSSESSION

This matter having come before the Court on the United State's motion to place mortgagee in possession, and it appearing to the Court that the motion is reasonable and proper and should be approved;

WHEREFORE, it is Ordered that the United States be placed in possession of the mortgaged premises.

It is further Ordered that the United States is authorized to collect the rents from said real estate and otherwise manage the real estate that is the subject of this foreclosure proceeding.

**IT IS SO ORDERED.**

**DATED: March 21, 2006**

　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**